AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-cv-7504

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __RUDOLPH C. CARRYL A/K/A RUDOLPH CARRYL__
was received by me on *(date)* __12/29/14__ .

☒ I personally served the summons on the individual at *(place)* __43 CHESTNUT HILL DRIVE,
OYSTER BAY NY 11771__ on *(date)* __1/8/15 @ 11:57AM__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __1/23/15__

Server's signature

CAITLIN J. GORMAN
Notary Public, State of New York
No. 01GO6214707
Qualified in Suffolk County
Commission Expires Dec. 14, 17

JAMES MANDRY          Printed name and title __Lic #1463296__

__60 BURT DRIVE DEER PARK NY 11729__
Server's address

Additional information regarding attempted service, etc: