AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-cv-7504

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **MAUREEN R. CARRYL A/K/A MAUREEN CARRYL**
was received by me on *(date)* **12/29/14**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **RUDOLPH C. CARRYL A/K/A RUDOLPH CARRYL, HUSBAND**, a person of suitable age and discretion who resides there,
on *(date)* **1/8/15 @ 11:57am** and mailed a copy to the individual's last known address; ~~xx~~ **43 CHESTNUT HILL DRIVE, OYSTER BAY NY 11771**

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **1/23/15**

Server's signature

**JAMES MANDRY**   Printed name and title   **Lic #1463296**

**60 BURT DRIVE, DEER PARK NY 11729**

Server's address

CAITLIN J. GORMAN
Notary Public, State of New York
No. 01GO6214707
Qualified in Suffolk County
Commission Expires Dec. 14, 17

Additional information regarding attempted service, etc: