AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-cv-7504

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* THE UNITED STATES OF AMERICA-INTERNAL REVENUE SERVICE was received by me on *(date)* 1/5/15 @ 271 CADMAN PLAZA EAST, BROOKLYN, NY 11201

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* G. NELSON, CLERK **, who is designated by law to accept service of process on behalf of *(name of organization)* THE UNITED STATES OF AMERICA-INTERNAL REVENUE SERVICE on *(date)* 1/8/15 @ 12:38 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
\* IN A CIVIL ACTION AND COMPLAINT AND NOTICE OF PENDENCY AND CIVIL COVER SHEET
\*\* MALE, BROWN, GRAY HAIR, 55 5'8"-5'11", 175-199

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 2/13/15

*Server's signature*

MELVIN ROLFE
LICENSE # 0916782
ALSTATE PROCESS SERVICE
60 BURT DRIVE
DEER PARK, NY 11729
(631)667-1800

*Printed name and title*

*Server's address*

MARY WITCOMB
Notary Public, State of New York
No. 01WI6285680
Qualified in Nassau County
Commission Expires July 8, 2017

Additional information regarding attempted service, etc: