AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-cv-7504

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __NEW YORK COMMUNITY BANK__
was received by me on *(date)* __1/5/15__ @ 462 7TH AVENUE, 12TH FLOOR, NEW YORK, NY 10018

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __MR. MAKO (FIRST NAME REFUSED), ATTNY.__**, who is designated by law to accept service of process on behalf of *(name of organization)* __NEW YORK COMMUNITY BANK__ on *(date)* __1/7/15 @ 1:23 PM__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:   * IN A CIVIL ACTION AND COMPLAINT AND NOTICE OF PENDENCY AND CIVIL COVER SHEET
** MALE, WHITE, BALD, 46, 6'-6'3", 200-224 GLASSES

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: 2/13/15

MARY WITCOMB
Notary Public, State of New York
No. 01WI6285680
Qualified in Nassau County
Commission Expires July 8, ____

Server's signature

MELVIN ROLFE
LICENSE # 0916782
*Printed name and title*

ALSTATE PROCESS SERVICE
60 BURT DRIVE
DEER PARK, NY 11729
(631) 667-1800
*Server's address*

Additional information regarding attempted service, etc: